# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MISTI N. SMITLEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 24-cv-2284 |
| | ) | |
| v. | ) | Honorable Michael M. Mihm |
| | ) | |
| CITY OF GEORGETOWN, a Municipal Corporation in Vermillion Co., Illinois; DARIN READNOUR, Mayor; and WHITNEY RENAKER, Police Chief; | ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Now comes Carter R. Frambes of Tressler LLP and hereby state that I am admitted or otherwise authorized to practice in this court, and I enter my appearance as counsel on behalf of Defendants, CITY OF GEORGETOWN, DARIN READNOUR, AND WHITNEY RENAKER.

Dated: February 13, 2025               TRESSLER, LLP

By: *Carter Frambes*  
Attorney for Defendants

Carter Frambes (ARDC # 6338981)  
Tressler, LLP  
*Attorney for Defendants*  
233 S. Wacker Drive, 61st Floor  
Chicago, Illinois 60606  
312-768-2246  
cframbes@tresslerllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, a copy of foregoing APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: February 13, 2025                                          TRESSLER, LLP

By: *Carter Frambes*
Carter Frambes
Attorney for Defendants

Carter Frambes (ARDC # 6338981)
Tressler, LLP
*Attorney for Defendants*
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
312-768-2246
cframbes@tresslerllp.com

4914-1852-0843, v. 1